**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| KEVIN W. TARR, | ) | CASE NO. 3: 04 CV 7681 |
| | ) | |
| Petitioner, | ) | |
| | ) | JUDGE DONALD C. NUGENT |
| v. | ) | |
| | ) | |
| | ) | |
| JULIUS WILSON, WARDEN, | ) | JUDGMENT |
| | ) | |
| Respondent. | ) | |

Pursuant to a Memorandum Opinion and Order of this Court, Petitioner's objection to the Report and Recommendation (ECF # 15) is **OVERRULED**, the Report and Recommendation of Magistrate Judge Limbert is hereby **ADOPTED** (ECF # 13), and Petitioner's Petition for a Writ of Habeas Corpus is **DISMISSED**.

Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith, and there is no basis upon which to issue a certificate of appealability.  28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

IT IS SO ORDERED.

s/Donald C. Nugent
DONALD C. NUGENT
United States District Judge

DATE:   12/06/05